AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS
PENSION, WELFARE, SAVINGS, APPRENTICESHIP, SCHOLARSHIP,
AND COOPERATION FUNDS
          Plaintiffs,

V.

MI SUENO CONSTRUCTION, INC.,
A DISSOLVED ILLINOIS CORPORATION

          Defendant.

CASE NUMBER: **08CV 3652**

ASSIGNED JUDGE: **JUDGE GETTLEMAN**

DESIGNATED
MAGISTRATE JUDGE:
**MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

          MI SUENO CONSTRUCTION, INC.
          C/O ITS REGISTERED AGENT, JOSE C. RAMIREZ
6240      ~~5240~~ S. TROY
          CHICAGO, IL 60621

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

          DONALD D. SCHWARTZ
          JAMES R. ANDERSON
          ANTHONY B. SANDERS
          ARNOLD AND KADJAN
          19 WEST JACKSON BLVD., SUITE 300
          CHICAGO, IL 60604
          (312) 236-0415

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of
time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**June 26, 2008**
Date



AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 8/28/08 @ 3:00 pm |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Brian Riebel | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant.  Place where served:

Served Mi Sueno Construction Inc c/o Reg Agent
Jose C Ramirez at office: 6240 S Troy Chicago Ic

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein. (Hm 50 55 gray

Name of person with whom the summons and complaint were left: hair + moustache )

☐ Returned unexecuted:

_____

☐ Other (specify):

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/28/08
_____        _____
Date                    Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR.STE208
PARK RIDGE IL 60068

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.